**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Oswaldo IBARRA–MEZA, a.k.a.
Osvaldo Ibarra–Meza,
Defendant–Appellant.**

**No. 14–10077.**

United States Court of Appeals,
Ninth Circuit.

Submitted Oct. 14, 2015.*

Filed Oct. 20, 2015.

Kathleen Anne Servatius, Assistant U.S., Office of the U.S. Attorney, Fresno, CA, for Plaintiff–Appellee.

Oswaldo Ibarra–Meza, pro se.

Carolyn M. Wiggin, Assistant Federal Public Defender, Federal Public Defend-

er's Office, Sacramento, CA, for Defendant–Appellant.

Before: SILVERMAN, BYBEE, and WATFORD, Circuit Judges.

MEMORANDUM **

Oswaldo Ibarra–Meza appeals from the district court's judgment and challenges the 121–month sentence imposed following his guilty-plea conviction for conspiracy to distribute methamphetamine and possession of methamphetamine with intent to distribute, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(A). We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Ibarra–Meza contends that the district court procedurally erred by failing to consider and address his request for a downward variance to the 120–month mandatory minimum sentence. We review for plain error, *see United States v. Valencia–Barragan,* 608 F.3d 1103, 1108 (9th Cir. 2010), and find none. The record reflects that the district court considered Ibarra–Meza's argument and granted a downward variance based on the 18 U.S.C. § 3553(a) factors. Contrary to Ibarra–Meza's contention, the court was not required to explicitly address each of his arguments. *See Rita v. United States,* 551 U.S. 338, 359, 127 S.Ct. 2456, 168 L.Ed.2d 203 (2007).

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.